IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES H. CARR,

    Petitioner,                    No. CIV 05-1870 FCD PAN P

    vs.

JEANNE WOODFORD,                ORDER

    Respondents.

_____/

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel.  <u>See</u> 18 U.S.C. § 3006A(a)(2)(B); <u>see also</u> <u>Weygandt v. Look</u>, 718 F.2d 952, 954 (9th Cir. 1983).

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Federal Defender is appointed to represent petitioner.

        2. The Clerk of the Court is directed to serve a copy of the petition and this order on David Porter, Assistant Federal Defender.

        3. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file.

4.  Within 45 days of the date of this order, the parties shall file and serve status reports addressing the necessity, timing and order of the following matters:

        a.  Discovery and investigation;

        b.  Anticipated motions;

        c.  An evidentiary hearing;

        d.  Enumeration and resolution of unexhausted claims; and

        e.  Possible amendments to the pleadings.

Failure timely to file a status report may result in sanctions.

DATED: May 10, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

\004
\carr1870.110A