IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES H. CARR,

    Petitioner,                   No. CIV S-05-1870 FCD EFB P

    vs.

BOB HOREL, Acting Warden,

    Respondent.                ORDER

_____/

    On July 26, 2006, the court gave petitioner 30 days to file and serve a motion to stay these proceedings so petitioner could exhaust available state remedies for additional claims. On August 22, 2006, petitioner notified the court that he intends to proceed on the September 20, 2005, petition and requested leave to file a supplemental brief in support of the petition no later than September 26, 2006. Respondent[1] has no opposition.

    Accordingly, it hereby is ordered that:

    1. Petitioner's August 22, 2006, request is granted and petitioner shall file and serve a supplemental brief no later than September 26, 2006;

    2. Respondent has 30 days thereafter to file and serve a motion or an answer and opposing brief. An answer shall be accompanied by any and all transcripts or other documents

---

[1] Acting Warden Bob Horel is substituted as respondent. See Rule 2(a), Rules Governing § 2254 Proceedings; Fed. R. Civ. P. 25(d).

1 | relevant to the determination of the issues presented in the application.  <u>See</u> Rule 5, Fed. R.
2 | Governing § 2254 Cases.
3 |     3.  Petitioner's reply, if any, shall be filed and served within 30 days of service of an
4 | answer.
5 |     4.  If respondent files a motion, then petitioner's opposition or statement of non-
6 | opposition shall be filed and served within 30 days of service of the motion, and respondent's
7 | reply, if any, shall be filed within 15 days thereafter.
8 | Dated: August 24, 2006.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE