IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES H. CARR,

    Petitioner,                       No. CIV S-05-1870 FCD EFB P

    vs.

BOB HOREL, Acting Warden, et al.,

    Respondents.                  <u>ORDER</u>

_____/

       Petitioner is a state prisoner with counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On August 29, 2006, the court gave petitioner until September 26, 2006, to file a supplemental brief and gave respondent until 30 days from that date to file and serve a motion or an answer with an opposing brief. Petitioner timely filed his supplemental brief but respondent has not filed a motion or an answer with an opposing brief.

       Accordingly, it is ORDERED that respondent has 15 days from the date of this order to explain in writing his failure to comply with the August 29, 2006, order.

Dated: December 4, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE