IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES H. CARR, JR.,

    Petitioner,        No. CIV S-05-1870 MCE JFM P

    vs.

JEANNE WOODFORD, BOB HOREL,
Acting Warden,

    Respondents.        ORDER

_____/

    Petitioner is a state prisoner proceeding through counsel with an application for writ of habeas corpus. Good cause appearing, IT IS HEREBY ORDERED that within fifteen days from the date of this order respondents shall lodge the entire administrative record considered by the panel of the California Board of Prison Terms in connection with petitioner's May 22, 2003 subsequent parole consideration hearing and the Governor's October 17, 2003 reversal.

DATED: April 10, 2008.

                                    UNITED STATES MAGISTRATE JUDGE

/001carr1870.fb