IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES H. CARR, JR.,

    Petitioner,        No. 2:05-cv-1870 MCE JFM (HC)

    vs.

JEANNE WOODFORD, BOB HOREL, Acting Warden,

    Respondents.

                               /

CHARLES H. CARR,

    Petitioner,        No. 2:05-cv-1871 MCE JFM (HC)

    vs.

BOB HOREL, Acting Warden,

    Respondents.

                               /

CHARLES H. CARR,

    Petitioner,       No. 2:04-cv-0584 MCE JFM (HC)

    vs.

D.K. SISTO,

    Respondent.

                               /

1                               ORDER

2     Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of
3 habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States
4 Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.
5     On February 4, 2009, the magistrate judge filed findings and recommendations herein
6 which were served on all parties and which contained notice to all parties that any objections to
7 the findings and recommendations were to be filed within ten days.  Petitioner has filed
8 objections to the findings and recommendations.
9     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304,
10 this court has conducted a de novo review of this case.  Having carefully reviewed the entire file,
11 the court finds the findings and recommendations to be supported by the record and by proper
12 analysis.
13    Accordingly, IT IS HEREBY ORDERED that:
14    1. The findings and recommendations filed February 4, 2009, are adopted in full;
15    2. Petitioner's applications for a writ of habeas corpus are granted; and
16    3. Respondents are directed to forthwith set a parole release date for petitioner.

Dated: February 27, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE