IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES H. CARR, JR., | | |
| | Petitioner, | No. 2:05-cv-1870 MCE JFM (HC) |
| vs. | | |
| JEANNE WOODFORD, BOB HOREL, Acting Warden, | | |
| | Respondents. | |
| _____ / | | |
| CHARLES H. CARR, | | |
| | Petitioner, | No. 2:05-cv-1871 MCE JFM (HC) |
| vs. | | |
| BOB HOREL, Acting Warden, | | |
| | Respondents. | |
| _____ / | | |
| CHARLES H. CARR, | | |
| | Petitioner, | No. 2:04-cv-0584 MCE JFM (HC) |
| vs. | | |
| D.K. SISTO, | | |
| | Respondent. | |
| _____ / | | |

1

1 | CHARLES H. CARR, JR.,
2 |        Petitioner,                           No. 2:10-cv-1778 FCD GGH (HC)
3 | vs.
4 | MATTHEW CATE,
5 |        Respondent.                           RELATED CASE ORDER
6 | _____/

7        Examination of the above-entitled actions reveals that these cases are related within the meaning of Local Rule 123(a), E.D. Cal. (2008).  The actions involve similar questions of fact and the same question of law.  Accordingly, assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

       The parties should be aware that relating the cases under Local Rule 123 merely has the result that the actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

       Therefore, IT IS ORDERED that the action denominated as <u>Carr v. Cate</u>, No. 2:10-cv-1778 FCD GGH (HC) is reassigned to Judge Morrison C. England, Jr. and Magistrate Judge John F. Moulds for all further proceedings, and any dates currently set in the reassigned case <u>only</u> are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as No. 2:10-cv-1778 MCE JFM (HC).

       IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated: November 4, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2