1  DANIEL J. BRODERICK, Bar #89494
   Federal Defender
2  CAROLYN M. WIGGIN, Bar # 182732
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Petitioner
   CHARLES H. CARR, JR.

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 CHARLES H. CARR, JR.,            )   No.2:05-cv-01870-MCE -JFM
                                    )
12           Petitioner,            )
                                    )
13     v.                           )   **STIPULATION TO LIFT STAY AND**
                                    )   **FOR VOLUNTARILY DISMISSAL;**
14 JEANNE WOODFORD, ET AL.          )   **ORDER**
                                    )
15           Respondents.           )
   _____)
16

17      Petitioner, Charles H. Carr, Jr., by and through counsel, Assistant Federal Defender

18 Carolyn M. Wiggin, and Respondents, Jeanne Woodford, et al., by and through counsel,

19 Deputy Attorney General Pamela B. Hooley, hereby stipulate to and jointly request that this

20 Court lift the stay that is currently in place in this matter.

21      Pursuant to Rule 12 of the Rules Governing Section 2254 Proceedings and Rule

22 41(a)(1)(a)(ii) of the Federal Rules of Civil Procedure, the parties further stipulate to

23 //

24 //

25 //

26 //

27 //

28
   286747                            1

dismissal of this action.  Mr. Carr was found suitable for parole on September 21, 2011, and that decision has now become final.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | DANIEL BRODERICK<br>Federal Defender |
| Dated: November 17, 2011 | */s/ Carolyn M. Wiggin*<br>CAROLYN M. WIGGIN<br>Assistant Federal Defender |
|  | Attorneys for Petitioner<br>CHARLES H. CARR |
| Dated: November 19, 2011 | */s/ Charles H. Carr*[1/]<br>CHARLES H. CARR |
|  | KAMALA D. HARRIS<br>Attorney General of the State of California |
| Dated: November 17, 2011 | */s/ Pamela B. Hooley*<br>PAMELA B. HOOLEY<br>Deputy Attorney General<br>Attorneys for Respondent |

---

ORDER

Pursuant to the parties' stipulation, and good cause appearing therefor, it is hereby ordered that the stay in this matter is lifted.  It is further ordered that this petition is dismissed. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  December 8, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

1. Original signature on file with defense counsel.

286747

2